**United States District Court**

For the Northern District of California

1

2

3

4

5

6

7

8                         IN THE UNITED STATES DISTRICT COURT

9                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   WILLIAM HOUSTON, SR.,                          No. C-06-1228 MMC

12              Plaintiff,                          **ORDER CONTINUING CASE**
         v.                                         **MANAGEMENT CONFERENCE**
13
     ASTRAZENECA PHARMACEUTICALS,
14   L.P., et al.,

15              Defendants

16   _____/

17

18       Before the Court is plaintiff's Case Management Conference Statement, filed May

19   18, 2006, by which plaintiff seeks to continue the May 26, 2006 case management

20   conference in the instant action by approximately 120 days.  Plaintiff states a continuance

21   is necessary because he anticipates the instant action will be transferred for inclusion in

22   MDL No. 1596, In re Zyprexa Products Liability Litigation, and because he has not yet

23   served defendants.  Because the instant action was filed February 21, 2006, the 120-day

24   deadline for plaintiff to serve defendants, pursuant to Rule 4(m) of the Federal Rules of

25   Civil Procedure, has not yet elapsed.

26   //

27   //

28   //

1    Accordingly, for good cause shown, the May 26, 2006 case management

2  conference is hereby continued to September 29, 2006 at 10:30 a.m.  A joint case

3  management statement shall be filed no later than September 22, 2006.  The deadline to

4  serve defendants, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, remains

5  in effect.

6        **IT IS SO ORDERED.**

7

8  Dated: May 18, 2006

9                                                    MAXINE M. CHESNEY
                                                     United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2