1 | LAWRENCE J. GORNICK (SBN 136290)
2 | DENNIS J. CANTY (SBN 207978)
  | EMILY M. CHARLEY (SBN 238542)
3 | **LEVIN SIMES KAISER & GORNICK LLP**
  | One Bush Street, 14th Floor
4 | San Francisco, CA 94104
  | Telephone: 415-646-7160
5 | Facsimile: 415-981-1270

6 | Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| WILLIAM J. HOUSTON, | CASE NO. C 06 1228 MMC |
|---|---|
| Plaintiff, | ORDER DISMISSING ASTRAZENECA PHARMACEUTICALS, L.P., AND ASTRAZENECA, L.P. WITHOUT PREJUDICE |
| v. | |
| ASTRAZENECA PHARMACEUTICALS, L.P., et al. | |
| Defendants. | |

Pursuant to Plaintiff's motion and the Order filed July 20, 2006 in the <u>Harkins v. AstraZeneca Pharmaceuticals, L.P.,</u> et al. Case No. C 05 0566 MMC, Defendants ASTRAZENECA PHARMACEUTICALS, L.P., AND ASTRAZENECA, L.P., are hereby dismissed without prejudice from the captioned action.

**IT IS SO ORDERED.**

Dated: July 26, 2006

_____
The Honorable Maxine M. Chesney
United States District Court Judge

- 1 -