IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HOUSTON, SR., | No. C-06-1228 MMC |
| Plaintiff, | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| v. | |
| ASTRAZENECA PHARMACEUTICALS, L.P., et al., | |
| Defendants | |

Before the Court is the parties' Joint Case Management Conference Statement, filed September 22, 2006, by which the parties seek to vacate the September 29, 2006 case management conference or continue the conference by approximately 120 days. The parties seek vacatur or continuance because the Judicial Panel on Multidistrict Litigation has directed the Clerk of the Eastern District of New York to file an order transferring the instant action to that court for inclusion in MDL No. 1596, In re Zyprexa Products Liability Litigation.

Accordingly, for good cause shown, the September 29, 2006 case management conference is hereby VACATED.

**IT IS SO ORDERED.**

Dated: September 26, 2006

MAXINE M. CHESNEY
United States District Judge